FILED
IN OPEN COURT

- 6 2017

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:17cr46 |
| ) | |
| NAEEM LATEEF ODUMS, ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF FACTS

By signing below, the parties stipulate that the allegations in Count One of the pending superseding indictment and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

### Jane Doe 1

1. In approximately 2008, then 21-year-old Jane Doe 1 met NAEEM LATEEF ODUMS when the two were living in Fresno, California. The two began a romantic relationship. Shortly thereafter, ODUMS proposed Jane Doe 1 begin engaging in commercial sex acts to earn money for the couple, so that they could travel and build a future together. Jane Doe 1 agreed.

2. Shortly thereafter, ODUMS coached Jane Doe 1 on how to work as a prostitute. ODUMS taught Jane Doe 1 how to obtain commercial sex customers (known as "catching a date") by walking up and down streets in the Fresno area frequented by prostitutes and potential customers. ODUMS instructed Jane Doe 1 how much to charge customers for each "date" and would collect all the money she earned.

3. Thereafter, Jane Doe 1 prostituted for ODUMS with minimal interruption until February 6, 2017. In addition to requiring her to find "dates" on the street, ODUMS facilitated Jane Doe 1's commercial sex acts by placing advertisements for her services on Redbook.com

and, later, Backpage.com – two Internet websites known to host advertisements for escort and prostitution services. ODUMS would choose whether Jane Doe 1 "caught a date" on the street or through an Internet posting.

4. The Internet is an interconnected network of computers that crosses state and national borders.

5. After posting advertisements for Jane Doe 1, ODUMS communicated with commercial sex customers to arrange appointments, rented rooms in hotels for the purpose of Jane Doe 1 engaging in commercial sex, and transported Jane Doe 1 to take "out-call" appointments – commercial sex acts at a location other than the hotel where she was staying. ODUMS used the email addresses kokane500@gmail.com and kocalikane100@gmail.com, among others, to post advertisements on Backpage.com, for commercial sex with Jane Doe 1, via his cellular telephone. ODUMS created phone numbers to be used as the contact number within the Backpage.com advertisements, and screened all calls from potential customers responding to the advertisements.

6. During the times Jane Doe 1 prostituted for ODUMS, he generally required her to take between one and four "dates" per day as he saw fit, which consisted of 15 minute "quick visits" to overnight appointments. ODUMS set the prices for her appointments, which ranged from $50 for a "quick visit" to over $1,000 for an overnight "date". At the end of each "date," ODUMS collected all the money Jane Doe 1 earned.

7. The romantic relationship between Jane Doe 1 and ODUMS continued. The couple married in 2010, and ultimately had three children together.

8. In 2014, ODUMS moved Jane Doe 1 and their children from California to Virginia. The family left California in May 2014, and stayed in Nevada, Utah, and several other

locations before arriving in Hampton, Virginia, in September 2014. ODUMS forced Jane Doe 1 to prostitute in these multiple states along the way in order to pay for portions the cross-country move. The family later moved to Portsmouth, Virginia.

9. Both Hampton and Portsmouth are within the Eastern District of Virginia.

10. Once in Virginia, Jane Doe 1 held jobs at a restaurant, retail store, and as a home health aide, in addition to continuing to prostitute for ODUMS from the street and through Backpage.com advertisements that ODUMS posted. ODUMS required her to cash the paychecks she received from these jobs and hand all the money to ODUMS.

11. ODUMS put in place several rules for Jane Doe 1's prostitution. She was not permitted to have dates with African American men and was required to wear her wedding ring on dates. ODUMS preferred she did not perform commercial sex acts with young men. He also set a daily earnings quota for her, typically $300.00 per day. If Jane Doe 1 broke these rules, did not meet her quota, refused to take a date, spoke to another pimp, or otherwise displeased ODUMS, he became violent with her.

12. Throughout their relationship, both related to her prostitution and as a result of their tumultuous personal relationship, ODUMS was physically violent with Jane Doe 1. ODUMS kicked her, punched her, and hit her with chairs, ashtrays, and other objects. He also choked her and scratched her throat, and threatened her with a gun. With one exception, see infra ¶ 15, ODUMS did not permit Jane Doe 1 to seek medical attention for any of her injuries. ODUMS told Jane Doe 1 that if she left him, he would kill her as well as her mother.

13. ODUMS also threatened to take the three children he shared with Jane Doe 1 and leave her if she did not do a particular date or meet her quota. On one occasion, ODUMS made

good on this threat one time, and took their children to Reno, Nevada. She was reunited with them two weeks later.

14.   ODUMS used the aliases "Kane" and "KO" when dealing with Jane Doe 1 and other of his prostitutes. In 2013, ODUMS became angry with Jane Doe 1, drove her to a local tattoo parlor, and forced her to get a tattoo on the side of her neck, which reads "KO's bitch".

15.   On January 8, 2017, ODUMS broke three of Jane Doe 1's ribs, which resulted in the puncture of one of her lungs, after beating her with his hands, feet and objects. ODUMS then forced Jane Doe 1 to go on a "date" and, in fact, drove her to the customer's location. Jane Doe 1's client declined to engage in commercial sex with her given her injuries and paid her $120 nonetheless. After ODUMS collected this money from Jane Doe 1, he drove her to the hospital because she was experiencing difficulty breathing. Medical records from Sentara Norfolk General Hospital note that Jane Doe 1 "fears for safety of her children currently in custody of assailant," and further stated that Jane Doe 1 "is concerned that if [ODUMS] finds out that she told people he assaulted her he may flee with her children." Prior to discharge, Jane Doe 1 stated to the hospital social worker that she wanted a list of "community resources for domestic abuse," but requested that the list be sent to her via email so that ODUMS would not see it.

### Jane Doe 2

16.   In November 2016, Jane Doe 2 met ODUMS on an Internet dating website. On the website, and then in their in-person meetings, ODUMS went by the alias "Kayo." The two began a romantic relationship, during the course of which Jane Doe 2 sent ODUMS sexually explicit photographs by text message. Jane Doe 2 shared with ODUMS that she was struggling financially to support her children. ODUMS told Jane Doe 2 that he ran an escort business called "Kayo's Kitties" and that he could help her earn money. Jane Doe 2 told ODUMS that

4



she did not want to engage in commercial sex acts. ODUMS countered that Jane Doe 2 could simply give massages for money, rather than engage in commercial sex, and that he would post Internet advertisements for her massage services. ODUMS proposed that he could drive Jane Doe 2 to the massage appointments, provide protection from any potentially violent customers, and rent hotel rooms for her use, and that the two could split her earnings 50/50. Jane Doe 2 agreed.

17. Several weeks later, Jane Doe 2's co-worker discovered advertisements on Backpage.com for commercial sex with Jane Doe 2. These advertisements included the sexually explicit photographs Jane Doe 2 had texted to ODUMS during the course of their dating relationship, and were associated with the email address kocali282@gmail.com. When confronted, ODUMS admitted that he had posted these advertisements for commercial sex with Jane Doe 2 without her permission, but explained that he needed money to feed and house his children.

### Jane Doe 3

18. As with Jane Doe 2, ODUMS met Jane Doe 3 by way of an Internet dating website in November 2016. ODUMS used the name "Kane" when communicating with Jane Doe 3. The two began a romantic relationship, during the course of which they sent each other sexually explicit photographs by text message. After they began dating, ODUMS suggested that Jane Doe 3 give massages for money, as a way to support her children. ODUMS explained that he could help her by posting advertisements with her photograph on the Internet to arrange these massage appointments, and by renting a hotel room for her to work in. Jane Doe 3 agreed.

19. In March 2017, Jane Doe 3 learned that advertisements had been posted for commercial sex with her on Backpage.com. These advertisements included the sexually explicit

photographs Jane Doe 3 had texted to ODUMS during the course of their dating relationship, including some he took of her while they were intimate. These advertisements were associated with the email address kocalikane100@gmail.com. ODUMS posted these advertisements for commercial sex with Jane Doe 3 without her knowledge or consent.

20. The acts taken by the defendant, NAEEM LATEEF ODUMS, in furtherance of the offense charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law and were not committed by mistake, accident, or other innocent reason. The defendant acknowledges that the foregoing Statement of Facts includes those facts necessary to support the plea agreement between the defendant and the government. It does not describe all of the defendant's conduct relating to the offense charged in this case, does not identify all of the persons with whom the defendant may have engaged in illegal activities, and is not intended to be a full enumeration of all the facts surrounding the defendant's case.

DANA J. BOENTE
UNITED STATES ATTORNEY

By: *V. Kathleen Dougherty*
V. Kathleen Dougherty
Assistant United States Attorney
Virginia State Bar No. 77294
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - (757) 441-6331
Facsimile Number - (757) 441-6689
v.kathleen.dougherty@usdoj.gov



*United States v. Naeem Lateef Odums*, 2:17cr46

<u>Defendant's Signature</u>: After consulting with my attorneys and pursuant to the plea agreement entered into this day between myself, the United States and my attorneys, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
NAEEM LATEEF ODUMS
Defendant

<u>Defense Counsel's Signature:</u> We are the attorneys for defendant NAEEM LATEEF ODUMS. We have carefully reviewed the above Statement of Facts with him. To the best of our knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Rodolfo Cejas, II
Counsel for Defendant

_____
Suzanne V. Katchmar
Counsel for Defendant