745 N Fowler Ave  Apt 252
Clovis, CA  93611
November 13, 2017

To Whom It May Concern:

Re:  Naeem Lateef Odums

I sit here thinking, I have to write a letter about my son Naeem who was unwanted at birth. When my husband and his father, Clinton Odums, came home from work and I told him we were pregnant, he got angry.  He complained that our income would be cut in half and he would have to barber for more hours.  He left me.  He walked out the door and never came back. I gave birth alone, lonely and angry. I wouldn't hold my baby for two days. Then my father placed him in my arms and I fell in love with my little man. It wasn't his fault.  And so began Naeem's life...

When Naeem was 10 years old, he asked to meet his Dad.  We went to Brooklyn, NY where his Dad was barbering.  His Dad met him with a handshake and an offer to cut his hair!
A handshake!  Naeem never recovered from that..

I moved to California when Naeem was five weeks old and his brother Micah was three years old. We moved to Lancaster, CA, and lived with some friends until we were able to get our own place.  The boys grew up as normal boys as far as I know. They were loved!   I adored my sons and did all I could to give them what they needed and more. They didn't have a dad but they were surrounded by people who loved them.  We were in our own village, a setting with other families with single moms, and we all looked out for each others families.

We moved to Fresno, CA on Naeem's 5th birthday. I remember that Naeem thought he was 6 yrs old that day because we had already celebrated his 5th birthday before we moved.  I had to buy another cake and another gift. That was a precious moment.

Naeem grew up doing lots of activities. While Micah was in school, Naeem spent his young life on the Fresno State campus where I was a student and employee.  He was adorable and loved by all. His babysitters were Fresno State football players.  They took him to practice, they cut his hair and picked out the latest styles of clothing for him to wear.  He was a Little Prince.

When Naeem was 12 years old, his Dad murdered his wife.  He walked up to her at her job and shot her in the head.  Our whole family fell apart at that tragic moment.  Naeem just didn't get it and I think that had a very negative effect on him which didn't surface until later in his life. His Dad died in prison.

Naeem struggled in school.  Learning was difficult but he was an outstanding athlete.  In 1995 , he played on the high school All-Star team and received state honors. He received lots of attention from his teachers and too often was the exception to the rule.  He graduated from Buchanan High School and received a full scholarship to Sacramento State for football.  He was

a starter in his freshman year, but blew his knee out in the first game.  He came back strong in his sophomore year and again was a starter.  Again he was adored and catered to and received a lot of attention.  Eventually he began to expect it from everyone about everything.
By this time he was out of my house so I don't know know when his anger surfaced.  He always kept in touch with me.  When he called or visited he was still "Mama's boy".  He always worked.  He was charming and could get a job.    Then there were short jail stays.  Nothing major and nothing to draw attention to the fact that he was becoming an angry man with an ugly temper.  He was so lovable. These things I only heard about and never witnessed.

He had child number one while in college.  Nakao's Mom took him away from Naeem and our family.  This was devastating to Naeem.  He's never gotten over losing his son.  He has five other children and adores them. He was there for their births and their growing years.  He loves his children.  The lovable son I know is always present when he's with his children. His children really miss him and his youngest daughter cries for her Dad all the time.

I truly had no clue about what was happening with Naeem and Lacy.  I never witnessed anything to substantiate these charges.  I always asked her how things were because that's what I do but nothing was shared.  I'm saddened by these charges.  I ask that Naeem can get the anger management and psychiatric help he needs. I also ask that he be transferred closer to California to be closer to the family.  He says I'm elderly!  I'm 70 years yrs, so not quite. I hope to see him on the outside of lockout before I can't. I ask you for as much mercy as you can give.

Sincerely,

Carolyn Odums