9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

# SENTENCING MINUTES

| | |
|---|---|
| Set: 10:00 a.m. | Date: November 20, 2017 |
| Started: 10:00 a.m. | Judge: Arenda Wright Allen |
| Ended: 11:25 a.m. | Court Reporter: Heidi Jeffreys |
| | U.S. Attorney: V. Kathleen Dougherty |
| | Defense Counsel: Rodolfo Cejas/Suzanne Katmar |
| | Courtroom Deputy: Lorraine Howard |
| | Probation Officer: Tara Gill |

Case No.  2:17cr46
Defendant:  Naeem Lateef Odums          (X) in custody   ( ) on bond

__X__ Came on for disposition.       __X__ Defendant sworn.       ____ Interpreter sworn

__X__ Presentence Report reviewed.       ____ Objections heard and rulings made.

__X__ Court adopts PSR for the purpose of establishing the advisory guidelines.

____ Court GRANTS Government request for 2-pt reduction in offense level based upon Attorney General's Policy.

__X__ Evidence presented. (exhibits listed on last page)

__X__ Arguments of counsel heard.     __X__ Statement of defendant heard.


# IMPRISONMENT:
SENTENCE: Count __1__: The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of __480__ months.

__X__ The defendant is remanded to the custody of the U.S. Marshal.

____ The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before ____ on _____, as notified by the U.S. Marshal.

____ If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

____ If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____, to begin service of the sentence.

# PROBATION:
____ The defendant shall be placed on probation for a term of ____ years.

## SUPERVISED RELEASE:

  __X__   Upon release from imprisonment, the defendant shall be on supervised release for a term of __25__ years.  This term consists of ___ years on count _____ and a term of ___ years on count _____, all to run concurrently.

___ The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

  __X__   The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of commencement on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

_____ As reflected in the presentence report, the defendant presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563 (a)(5).  However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

_____ It shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## Special Conditions of Supervised Release/Probation:

  __X__   The defendant shall pay support for his children in the amount ordered by any social service agency or court of competent jurisdiction.   In the absence of any such order, payments are to be made on a schedule to be determined by the court at the inception of supervision, based on the defendant's financial circumstances.

  __X__    The defendant shall provide the probation officer access to any requested financial information.

  __X__   If the defendant tests positive for illicit substances, he shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the probation officer.

  __X__   The defendant shall waive all rights of confidentiality regarding substance abuse treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

  __X__   The defendant shall complete anger management.

# FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

__X__ As to count __1__, the defendant shall pay a special assessment in the amount of __$100.00__.

____ As to count ____, the defendant shall pay a special assessment in the amount of _____.

____ As to count ____, the defendant shall pay a special assessment in the amount of _____.

____ As to count ____, the defendant shall pay a special assessment in the amount of _____.

The total special assessment due is __$100.00__ and shall be due in full immediately.

## FINE:

____ Court finds defendant is unable to pay fine.

____ The defendant shall pay a fine in the amount of $_____.

## RESTITUTION:

____ The defendant shall make restitution in the amount of $_____.

____ Restitution Judgment Order, entered and filed in open court.

## SCHEDULE OF PAYMENTS:

____ Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

__X__ The special assessment is due and payable immediately. Any balance remaining unpaid on the special assessment at the inception of supervision, shall be paid by the defendant in installments of not less than $ __25.00__ per month, until paid in full. Said payments shall commence __60__ days after defendant supervision begins.

____ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment/restitution/fine ordered and shall notify the court of any change that may need to be made to the payment schedule.

____ Each restitution payment shall be divided proportionately among the payees named.

____ Restitution shall be made jointly and severally with _____.

____ Any special assessment/restitution/fine payments may be subject to penalties for default and delinquency.

____ Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

____ Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.   All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

  X   The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the special assessment imposed by this judgment is fully paid.

____ The defendant notified of right of appeal.

  X   Court noted that defendant waived right of appeal in plea agreement.

  X   On motion of government, remaining counts dismissed.

____ The defendant is continued on present bond and cautioned re bail jumping.

  X   Court recommends incarceration at

    X    a facility on the west coast, to include any state but California.
    X    a facility with vocational and educational opportunities.

    X    a facility that will provide a mental health evaluation and treatment, to include neuropsychological testing.

____ Consent Order of Forfeiture, executed and filed in open court.

## Additional Counts/Comments:

  EXHIBIT LIST:

 G-1: Photo

 G-2: Photo